FILED

NOV 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs Darnell Foster and Rafael Duarte

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff Yancie Young

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL FOSTER, RAFAEL DUARTE, and YANCIE YOUNG, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; RICHARD WORD, individually and in his official capacity as Chief of Police for the CITY OF OAKLAND; J. FESTAG, individually and in his capacity as a police officer for the CITY OF OAKLAND; WILLIAM BERGERON #7828, individually and in his capacity as a police officer for the CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:05-cv-3110 MHP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1   It is hereby stipulated by the respective parties, through their counsel of record, that the
2   Case Management Conference presently scheduled for Monday, November 21, 2005 be continued to
3   Monday, January 9, 2006 at 4:00 p.m., in the United State District Court, Courtroom 15, 18th Floor,
4   450 Golden Gate Avenue, San Francisco, California 94102. The parties further agree to file their
5   Joint Case Management Conference Statement no later than January 2, 2006.
6   The stipulated continuance is based on the continuance granted in the related *Taylor, et al. v.*
7   *City of Oakland, et al.* case that was continued to January 9, 2006 at 4:00 p.m.

Dated: November 18, 2005         The Law Offices of John L. Burris

                                 _____/s/_____
                                 John L. Burris, Esq.
                                 Attorney for Plaintiffs Foster, Duarte,
                                 and class members

Dated: November 18, 2005         Haddad & Sherwin

                                 _____/s/_____
                                 Michael J. Haddad, Esq.
                                 Attorney for Plaintiffs Young
                                 and class members

Dated: November 18, 2005         Office of the City Attorney of Oakland

                                 _____/s/_____
                                 Arlene M. Rosen,
                                 Attorney for Defendant
                                 CITY OF OAKLAND, et al.

IT IS SO ORDERED

11/22/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

STIPULATION TO CONTINUE
CASE MANAGEMENT CONFERENCE                                              2