| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729 |
| 2 | RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142<br>WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266 |
| 3 | ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160<br>One Frank H. Ogawa Plaza, 6th Floor |
| 4 | Oakland, California  94612<br>Telephone:  (510) 637-0360          Fax:  (510) 238-6500 |
| 5 | X02484/376719 |
| 6 | Attorneys for Defendants<br>CITY OF OAKLAND, et al. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JAMES TAYLOR, individually; ROBERT FORBES, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation, et al.,<br><br>Defendants. | Case No.  C-04-4843-MHP<br>                C-05-3110 MHP<br>                C-05-3204-MHP<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
|---|---|

AND RELATED ACTIONS
_____

IT IS HEREBY ORDERED that the Status Conference in the above related matters, currently set for Monday, July 10, 2006 at 3:00 p.m., is continued to Monday, July 31, 2006 at 3:00 p.m. in United States District Court, Courtroom 15, 18th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file an updated Joint Status Conference Statement by July 26, 2006.

DATED: July 5, 2006_____

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*