```
1  John J. Verber, State Bar No. 139917
   James Y. Higa, State Bar No. 225683
2  BURNHAM BROWN
   A Professional Law Corporation
3  P. O. Box 119
   Oakland, California 94604
4  ---
   1901 Harrison Street, 11th Floor
5  Oakland, California  94612
   Telephone:    (510) 444-6800
6  Facsimile:    (510) 835-6666
   Email:     jverber@burnhambrown.com
7             jhiga@burnhambrown.com

8  Attorneys for Defendant
   SEAN FESTAG
9
```

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  DARNELL FOSTER, RAFAEL DUARTE, and YANCIE YOUNG , each individually and on behalf of all others similarly situated, | Case No. C05-03110 MHP |
| | SUBSTITUTION OF ATTORNEY |
| 14           Plaintiffs, | |
| 15  v. | |
| 16  CITY OF OAKLAND, a municipal corporation; RICHARD WORD, individually and in his official capacity as Chief of Police for the CITY OF OAKLAND; J. FESTAG, individually and in his capacity as a police officer for the CITY OF OAKLAND; WILLIAM BERGERON #7828, individually and in his capacity as a police officer for the CITY OF OAKLAND; and DOES 1-25, inclusive, | |
| Defendants. | Complaint Filed:  August 1, 2005 |

23    THE COURT AND ALL PARTIES ARE NOTIFIED THAT Defendant CITY OF

24  OAKLAND and Defendant SEAN FESTAG (erroneously sued herein as J. Festag) make the

25  following substitution:

26       1.    Former legal representative:  John A. Russo, City Attorney, Arlene M. Rosen,

27  Senior Deputy City Attorney, One Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612, (510)

28  238-6392.

1

SUBSTITUTION OF ATTORNEY                                              No. C05-03110 MHP

2. New legal representatives: John J. Verber [Lead], James Y. Higa [Associate], Burnham Brown, 1901 Harrison Street, 11th Floor, Oakland, CA 94612, mailing address: P. O. Box 119, Oakland, CA 94604, (510) 444-6800.

3. The party making this substitution is Defendant Sean Festag.

I consent to this substitution:

DATE: October 15, 2009                      /s/
                                      Defendant SEAN FESTAG

I consent to this substitution:

DATE: November 10, 2009           CITY OF OAKLAND

                                   By    /s/
                                      ARLENE M. ROSEN
                                      Senior Deputy City Attorney

I consent to this substitution:

DATE: November 10, 2009           BURNHAM BROWN

                                   By    /s/
                                      JOHN J. VERBER
                                      Attorneys for Defendant
                                      SEAN FESTAG

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) with this efiled document.

IT IS SO ORDERED.

DATE: 11/12            , 2009         _____
                                      HON. MARILYN H. PATEL
                                      JUDGE OF THE DISTRICT COURT

969402

*IT IS SO ORDERED. Judge Marilyn H. Patel*

2

SUBSTITUTION OF ATTORNEY                                    No. C05-03110 MHP