UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: WILLIAM BERGERON. | No. 09-74059 |
| WILLIAM BERGERON, | D.C. No. 3:05-cv-03110-MHP<br>Northern District of California,<br>San Francisco |
| Petitioner, | |
| v.<br>UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO), | **ORDER OF CLARIFICATION** |
| Respondent, | |
| DARNELL FOSTER, | |
| Real Party in Interest. | |

This order is intended to clarify the posture of the above-captioned matter and to identify the proper real party in interest. The district court order that is the subject of William Bergeron's emergency petition for a writ of mandamus affected only one of a number of related actions currently pending before the district court. The real party in interest for the order at issue is Yancie Young, not Darnell Foster. The record should be changed to reflect that Yancie Young is the real party in interest in the above-captioned matter.

Dated: Jan. 4, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California