**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

In re: WILLIAM BERGERON.

No. 09-74059

D.C. No. 3:05-cv-03110-MHP
Northern District of California,
San Francisco

WILLIAM BERGERON,

Petitioner,

v.
UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA (SAN FRANCISCO),

**ORDER OF CLARIFICATION**

Respondent,

DARNELL FOSTER,

Real Party in Interest.

/

This order is intended to clarify the posture of the above-captioned matter and to identify the

proper real party in interest.  The district court order that is the subject of William Bergeron's

emergency petition for a  writ of mandamus affected only one of a number of related actions

currently pending before the district court.  The real party in interest for the order at issue is Yancie

Young, not Darnell Foster.  The record should be changed to reflect that Yancie Young is the real

party in interest in the above-captioned matter.

Dated: *Jan. 4, 2010*

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California