1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5
   Attorneys for Plaintiffs Darnell Foster and
6  Rafael Duarte

7  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN  (State Bar No. 189268)
8  HADDAD & SHERWIN
   505 Seventeenth Street
9  Oakland, California  94612
   Telephone: (510) 452-5500
10 Fax: (510) 452-5510

11 Attorneys for Plaintiff Yancie Young

12

13                UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | JAMES TAYLOR, et al. | Case No. 04-4843 MHP
17 |                      | *And related cases*
   |        Plaintiffs,   |    C 05-3110 MHP
18 |                      |    C 05-3204 MHP
   |    vs.               |    C 06-2426 MHP
19 |                      |    C 07-1773 MHP
   | CITY OF OAKLAND, et al; |    C 07-04179 MHP
20 |                      |    C 07-06298 MHP
   |        Defendants.   |
21 |                      | **PLAINTIFFS' (PROPOSED) ORDER
   | *and related cases*/ | GRANTING MOTION TO SUBSTITUTE
22 |                      | DARNELL FOSTER'S ESTATE**
23 |                      | **Date: August 2, 2010
   |                      | Time: 2:00 p.m.
24 |                      | Location: Ctrm. 15, 18th Floor
   |                      |         450 Golden Gate Avenue
25 |                      |         San Francisco, CA  94102**
26 |                      | **Honorable Judge Marilyn H. Patel**
27
28

PLAINTIFF'S (PROPOSED) ORDER GRANTING MOTION TO SUBSTITUTE DARNELL FOSTER'S ESTATE
C-04-4843 MHP and Related Cases

1

The Court having read and considered the moving papers, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Darnell Foster's estate may be substituted into lawsuit in place of Plaintiff Darnell Foster with regard to his individual claims only.

Dated: 7/28/2010



_____
Honorable
United