```
1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   HADDAD & SHERWIN LLP
3  505 Seventeenth Street
   Oakland, California  94612
4  Telephone: (510) 452-5500
   Fax: (510) 452-5510
5
   Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et. al., <br><br>  Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et. al., <br><br>  Defendants, <br> *AND ALL RELATED CASES* <br><br> JIMMY RIDER,   (Case No. C-05-3204 MHP) <br><br>  Plaintiff, <br> vs. <br><br> CITY OF OAKLAND, et. al., <br><br>  Defendants, <br><br> DARNELL FOSTER AND CLASS MEMBERS, et. al., <br><br>  Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et al., <br><br>  Defendants, <br><br> (Case No. 3:05-cv-3110 MHP) <br><br> TYRONE MOORE, et al., <br><br>  Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et. al. | **Related Case No. C-04-4843 SI** <br><br> Hon. Susan Illston <br><br> (**PROPOSED**) **ORDER GRANTING ADMINISTRATIVE MOTION TO ORDER THE OPENING OF BLOCKED ACCOUNTS TO DISTRIBUTE YANCIE YOUNG'S SETTLEMENT PROCEEDS TO HIS MINOR DAUGHTERS, AND FOR AN ORDER TO BE ISSUED WITHOUT A HEARING (CIVIL LOCAL RULE 7-11)** |

| | | |
|---|---|---|
| 1 | Defendants, | ) |
| 2 | | ) |
| 3 | (Case No. C-06-2426 MHP) | ) |
| 4 | JEFFRIE MILLER, et. al., | ) |
| 5 | Plaintiffs, | ) |
| 6 | vs. | ) |
| 7 | CITY OF OAKLAND, et al., | ) |
| 8 | Defendants. | ) |
| 9 | (Case No. C-07-1773 MHP) | ) |
| 10 | WARD, et. al., | ) |
| 11 | Plaintiffs, | ) |
| 12 | vs. | ) |
| 13 | CITY OF OAKLAND, et al., | ) |
| 14 | Defendants. | ) |
| 15 | (Case No. C-07-4179 MHP) | ) |
| 16 | | ) |
| 17 | SMITH, et. al., | ) |
| 18 | Plaintiffs, | ) |
| 19 | vs. | ) |
| 20 | CITY OF OAKLAND, et al., | ) |
| 21 | Defendants. | ) |
| 22 | (Case No. C-07-6298 MHP) | ) |
| 23 | | ) |
| 24 | TURNER, et. al., | ) |
| 25 | Plaintiffs, | ) |
| 26 | vs. | ) |
| 27 | CITY OF OAKLAND, et al., | ) |
| 28 | | ) |

Defendants.                                      )
                                                 )
(Case No. C-08-3114 MHP)                         )
                                                 )

The Court having reviewed the unopposed administrative motion to order the opening of blocked bank accounts for Heaven Barker and Angel Barker, and the declarations of Yanni Young and Nicole Osibin filed in support thereof, the Court hereby orders that FDIC-insured, interest-bearing bank deposit accounts be opened in the names of Heaven Barker and Angel Barker, with no person being allowed to withdraw funds from those accounts, and with all funds in each child's account being made available to her on her 18th birthday.  The court orders that the bank shall accept deposits for each child in the amount of $12,850.59.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  6/24/16                                  _____
                                                 HONORABLE SUSAN ILLSTON
                                                 United States District Judge